**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**



**PRO HAC VICE APPLICATION,
ECF REGISTRATION AND CONSENT
TO ELECTRONIC SERVICE,
PROPOSED ORDER**

USA          Plaintiff(s),

v.                                    Case No. 2:08-cr-00481

Rui Tao Lin          Defendant(s).

I, __Joel Cohen_____,

attorney for __Rui Tao Lin_____,

hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 83-180(b)(2).  I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $180.00 to the Clerk, U.S. District Court.  In support of this petition, I state under penalty of perjury that:

My business address is:

Firm Name:              _Joel S. Cohen PC_____

Address:                *128 Mott Street, Suite 706*_____

City:                   __New York_____

State:                  __New York_____  ZIP Code: __10013_____

Voice Phone:            (  212  ) __571.8899_____

FAX Phone:              (    )_____

Internet E-mail:        ___jcesq99@aol.com_____

Additional E-mail:      _____

I reside in City:       ____Westchester_____   State:  ____New York_____

I was admitted to practice in the ___New York_____(court)

on ___April 1979 (state) and April 1987 (federal)___(date).  I am presently in good standing and eligible to practice in said court.  I am not currently suspended or disbarred in any other court.

I have ☐ / have not ☒ concurrently or within the year preceding this application made a pro hac vice application to this court.  (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

_____ .

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name:          ___Clemente M. Jimenez_____

Firm Name:     ___Law Office of Clemente M. Jiménez _____

Address:       ___816 H Street, Suiite 108_____

               _____

City:          ___Sacramento_____

State:         ___California_____ ZIP Code: __95814_____

Voice Phone:  ( 916     )  443.8055                                                                        

FAX Phone:   ( 916     )  443.8044                                                                         

E-mail:
___clemente.jimenez@gmail.com_____


Dated:  ___November 13, 2008_____     Petitioner: __/s/_Joel Cohen_____

**ORDER**

IT IS SO ORDERED.


DATED: November 14, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE